## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

TERRY MORROW,                      )
                                   )
                    Plaintiff,     )
                                   )
-vs-                               )        Case No. CIV-24-591-F
                                   )
OKLAHOMA BOARD OF COUNTY           )
COMMISSIONERS et al.,              )
                                   )
                    Defendants.    )

## ORDER

On September 23, 2024, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (doc. no. 13), recommending this action be dismissed without prejudice due to plaintiff Terry Morrow's failure to comply with court orders (doc. nos. 5, 8, and 11). Magistrate Judge Erwin advised plaintiff of his right to file an objection to the Report and Recommendation by October 10, 2024, and specifically advised him that any failure to make timely objection waives the right to appellate review of the factual and legal issues therein addressed.

To date, plaintiff has not objected to the Report and Recommendation. Nor has he requested an extension of time to object. With no timely objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 13) issued by United States Magistrate Judge Shon T. Erwin is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

This action is **DISMISSED WITHOUT PREJUDICE** due to plaintiff Terry Morrow's failure to comply with court orders.

A separate judgment will be entered.

DATED this 28th day of October, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0591p001.docx